# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

**Luda Christine Hayward LeForge**
**Plaintiff**

vs.                                              Civil Action No. 1:11-cv-00526-RLY-DKL

**Feiwell and Hannoy P.C.**
**Defendant**

## RESPONSE TO SHOW CAUSE ORDER

Your Honor, as instructed and in response to the Show Cause Order, I respectfully wish to explain my position for not appearing at the October 9, 2012 Telephonic Status Conference. Several issues were associated factors to my failure to appear.

(1). I did not realize an October 9, 2012 date was set in the July 18, 2012 conference call. I was under the impression from the prior July 18, 2012 Telephonic Status Conference that as time drew nearer to October the court would send a notice with penciled dates to choose from that would accommodate my hectic employment schedule.

(2). I was out of town on October 9, 2012 per my employment requirement and duties.

(3). Most importantly, there had been a death in my immediate family and I have been in mourning.

Your Honor and counsel, please accept my sincere apologies for missing the October 9, 2012 telephonic status conference, and allow me the opportunity to reschedule a new Telephonic Status Conference in the immediate future. It is and was not my intent to miss any court appearances, rather than it was an honest oversight, again please accept my apology.

*Luda Christine Hayward LeForge* (signature)
Luda Christine Hayward LeForge

RECEIVED
OCT 26 2012
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on, Friday October 22, 2012 a copy of the foregoing document was mailed by U.S.P.S, faxed, and electronically mailed (emailed). To Peter A. Velde – Nicholas W. Levi (defendant counsel) Kightlinger & Gray, LLP, One Indiana Square, Suite 300, 211 North Pennsylvania Street Indianapolis, Indiana 46204  Fax: 317-636-5917, email: pveldc@k-glaw.com – nlevi@k-glaw.com

*Luda Christine LeForge*

**Luda Christine LeForge** (Plaintiff)
203 Lady Palm Dr.
Naples, Fl. 34104
Email: ludacleforge@aol.com