UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LUDA CHRISTINE HAYWARD LEFORGE, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:11-cv-00526-RLY-DKL |
| FEIWELL & HANNOY, P.C., | ) ) | |
| Defendant. | ) ) | |

**COURTROOM MINUTES FOR JANUARY 20, 2015
BEFORE THE HONORABLE RICHARD L. YOUNG, CHIEF JUDGE**

The Plaintiff appears in person and by counsel Kyle Murray and Defendant appears by counsel Nicholas Levi and Susan Woolley. Stating they are ready to proceed, the trial of this cause is commenced. Those jurors regularly drawn are examined by the court and counsel, and those jurors selected are sworn.

The court preliminarily instructs the jury and opening argument of counsel is heard. Evidence on behalf of the plaintiff is commenced and concluded. Evidence on behalf of the defendant is commenced and concluded.

The court instructs the jury and final argument of counsel is heard.

The bailiff, in whose charge the jury will be, is sworn and the court directs the jury to commence deliberations.

Comes now the jury, returning into open court, states that it has reached its

verdict.    The court reads the jury verdict.

The jury is polled and the verdicts are affirmed.

The court is adjourned.

Distributed Electronically to Registered Counsel of Record