UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LUDA CHRISTINE HAYWARD LEFORGE, | ) ) ) | |
| Plaintiff, | ) ) | 1:11-cv-00526-RLY-DKL |
| vs. | ) ) | |
| FEIWELL & HANNOY, P.C., | ) ) | |
| Defendant. | ) ) | |

## VERDICT FORM

We, the Jury, make the following findings with respect to the questions presented:

1. **Did Plaintiff prove by a preponderance of the evidence that Defendant violated any of the following provisions of the Fair Debt Collection Practices Act ("FDCPA"):**

    **Section 1692e**   YES ✓   No _____

    **Section 1692f**   YES ✓   No _____

If you answered "Yes" to any of the above, then go to Question 2. If you answered "No" to all of the above, then do not answer any further questions.

2. **Did Defendant prove by a preponderance of the evidence that it satisfies the bona fide error defense?**

    YES _____   No ✓

1

If your answer to Question No. 2 is "Yes," then do not answer any further questions. If your answer to Question No. 2 is "No," then go to Question No. 3.

3.  **Plaintiff is entitled to statutory damages, not to exceed $1,000.00, in the amount of**

    $ _____1000.00_____ .

Proceed to Question No. 4.

4.  **Plaintiff is entitled to actual damages in the amount of**

    $ _____4500.00_____ .

Dated: _1/20/15_

Foreperson's Signature