**FLIGHT**

▲ DELTA

**Wednesday August 18, 2010**

Air Vendor: DELTA
From: FT MYERS-RSW
To: ATLANTA
Seat: 21-D

Flight Number: 720
Departs: 06:20 AM
Arrives: 08:10 AM
Ticket QC4W5L
Confirmation:
Class of Service: [ U ] ECONOMY CLASS
Flight Type: NON-STOP

Aircraft: M80
Operated By: DELTA
BAGGAGE FEES MAY APPLY | SEAT 21-D **RESERVED** | LEFORGE/LUDA.CHRISTINE | NOT VALID FOR TRAVEL-BEFORE 18AUG/AFTER 18AUG

**FLIGHT**

▲ DELTA

**Wednesday August 18, 2010**

Air Vendor: DELTA
From: ATLANTA
To: INDIANAPOLIS
Seat: 14-B

Flight Number: 5964
Departs: 08:45 AM
Arrives: 10:21 AM
Ticket QC4W5L
Confirmation:
Class of Service: [ K ] ECONOMY CLASS
Flight Type: NON-STOP

Aircraft: E75
Operated By: SHUTTLE AMERICA DELTA CONNECTION
BAGGAGE FEES MAY APPLY | SEAT 14-B **RESERVED** | LEFORGE/LUDA.CHRISTINE | NOT VALID FOR TRAVEL-BEFORE 18AUG/AFTER 18AUG

**FLIGHT**

▲ DELTA

**Saturday August 21, 2010**

Air Vendor: DELTA
From: INDIANAPOLIS
To: ATLANTA
Seat:

Flight Number: 5964
Departs: 11:00 AM
Arrives: 12:35 PM
Ticket QC4W5L
Confirmation:
Class of Service: [ K ] ECONOMY CLASS
Flight Type: NON-STOP

Aircraft: E75
Operated By: SHUTTLE AMERICA DELTA CONNECTION
BAGGAGE FEES MAY APPLY | NOT VALID FOR TRAVEL-BEFORE 21AUG/AFTER 21AUG | ALL SEATS THIS FLIGHT ARE ASSIGNED AT AIRPORT ONLY

**FLIGHT**

▲ DELTA

**Saturday August 21, 2010**

Air Vendor: DELTA
From: ATLANTA
To: FT MYERS-RSW
Seat: 34-C

Flight Number: 1075
Departs: 01:30 PM
Arrives: 03:12 PM
Ticket QC4W5L
Confirmation:
Class of Service: [ K ] ECONOMY CLASS
Flight Type: NON-STOP

Aircraft: 757
Operated By: DELTA
BAGGAGE FEES MAY APPLY | SEAT 34-C **RESERVED** | LEFORGE/LUDA.CHRISTINE | NOT VALID FOR TRAVEL-BEFORE 21AUG/AFTER 21AUG

## INVOICE INFORMATION

Invoice #: 111327
Air Fare: $ 258.60
Tax: $ 62.20
Total Air Fare: $ 320.80
Service Fee: $ 25.00
Total: $ 345.80
Total Payment: $ 345.80

http://magna.magnatech.com/OnQueue/XZV/Aug-18-201008212010XZV333B343334333...   8/12/2010

EXHIBIT

Leforge 51

B

## PAYMENT HISTORY

| Date | Form of Payment | Credit Card Number/Type | Amount |
|------|-----------------|-------------------------|--------|
| 08/10/10 | Credit Card | AX | $ 345.80 |

## GENERAL INFORMATION

| PASSENGER | TICKET NUMBER | AIR AMT |
|-----------|---------------|---------|
| LEFORGE/LUDA.CHRISTINE | E0068610933703 | 320.80 |

SERVICE FEE MCO: 8900514269920
FREQUENT FLYER NUMBERS
LEFORGE/LUDA.CHRISTINE [                    ]

## REMARKS

A GOVERNMENT ISSUED PHOTO ID IS REQUIRED
THE NAME ON THE ID MUST MATCH THE TICKET
--------------------------------------------
CI TRAVEL CHARGES A REISSUE FEE FOR CHANGES IN
ADDITION TO ANY AIRLINE PENALTY OR FARE INCREASE
--------------------------------------
PLEASE CHECK WITH YOUR AIRLINE FOR BAGGAGE POLICY
200.000 COMPLIMENTARY FLIGHT INSURANCE INCLUDED
******FOR AFTER HOUR SERVICE*************
24 HR RES SERVICE PH NUMBER 1-800-876-4992

On-Queue™ - © 2007 MagnaTech - all rights reserved - Travel Agency Systems by Magnatech

Leforge 56